No. 289. JACK CAVANA *v.* ADDISON MILLER, INC. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Everett J. Smith* for petitioner. *Mr. J. Kemp Bartlett* for respondent.

No. 290. UNITED STATES EX RELATIONE ELLERY C. STOWELL *v.* WILLIAM C. DEMING, GEORGE R. WALES, AND JESSE DELL, CIVIL SERVICE COMMISSIONERS. October 17, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Ellery C. Stowell, pro se,* and *Albert H. Putney* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Farnum* for respondents.

No. 294. BUSINESS MEN'S ASSURANCE COMPANY *v.* DORA A. SCOTT. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Rees Turpin* for petitioner. *Mr. Horace M. Hawkins* for respondent.

No. 295. J. GEORGE WRIGHT, SUPERINTENDENT OSAGE AGENCY, *v.* C. E. ASHBROOK, LEGAL GUARDIAN, ET AL. October 17, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. James M. Humphreys* for petitioner. No appearance for respondents.

No. 298. R. A. JEANNERET *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. E. R. Morrison* and *Lawrence H. Cake* for petitioner. *Messrs. Bruce Scott* and *Kenneth F. Burgess* for respondent.